# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER  DIVISION

UNITED STATES OF AMERICA                     §

V                                            §                CASE NO.  6:19-MJ-00146-KNM

DAVID ALAN ROBERTS

                                             §

### EXHIBIT LIST

| K. NICOLE MITCHELL Presiding Judge | Mary Ann Cozby Government's Attorney | Ken Hawk Defendant's Attorney |
|---|---|---|
| Hearing Date: 9/9/2019 | | Courtroom Deputy: L. Hardwick |

| Gvt No. | Dft No. | Date Offered | Marked | Admitted | |
|---|---|---|---|---|---|
| 1 | | 9/9/19 | | 9/9/19 | Audio copy of complaint |
| 2 | | 9/9/19 | | 9/9/19 | Video copy of interview |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |